UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE N. BETETA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. GRAY,<br><br>　　　　　Defendant. | No. 2:22-cv-0037 DAD CKD P<br><br><br><br>ORDER |

    Plaintiff filed a motion for extension of time to file an opposition to defendant's motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 35) is granted; and

    2. Plaintiff shall file an opposition to defendant's motion for summary judgment on or before July 6, 2023. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: June 20, 2023

                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

1/ks
bete0037.36