UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE N. BETETA,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. GRAY,<br><br>    Defendant. | No. 2:22-cv-0037 DAD CKD P<br><br><br>ORDER |

Plaintiff has filed his second request for an extension of time to file an opposition to defendant's motion for summary judgment pursuant to the court's order of June 20, 2023. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 38) is granted; and

2. Plaintiff shall file an opposition to defendant's motion for summary judgment on or before August 6, 2023. Failure to do so will result in a recommendation that this action be dismissed.

Dated: July 17, 2023

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
bete0037.36sec