UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE N. BETETA,<br><br>        Plaintiff,<br><br>    v.<br><br>GRAY,<br><br>        Defendant. | No. 2:22-cv-00037-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 34, 43) |

    Plaintiff Jose Beteta is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 12, 2024, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion for summary judgment (Doc. No. 34) be granted. (Doc. No. 43.) Specifically, based upon the evidence submitted by the parties, the magistrate judge concluded that there was no genuine issue of material fact as to whether defendant was deliberately indifferent to plaintiff's medical condition involving hemorrhoids. (*Id.*) The magistrate judge also concluded that the facts, taken in the light most favorable to plaintiff, did not demonstrate that defendant's conduct violated a federal statutory or constitutional right

/////

clearly established at the time of defendant's conduct, such that defendant was not entitled to qualified immunity. (*Id.*)

Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 8.) On February 5, 2024, plaintiff filed objections to the pending findings and recommendations.

Plaintiff's objections provides no basis upon which to question the analysis of the evidence on summary judgment and the applicable law as set forth in the pending findings and recommendations. His objection is a single sentence stating that he objects "based on the facts presented on his claims and arguments already presented and/or on file." (Doc. No. 44.) This objection does not meaningfully challenge the findings and recommendations or provide any basis upon which they should be rejected.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objection, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on January 12, 2024 (Doc. No. 43) are adopted in full;
2. Defendant's motion for summary judgment (Doc. No. 34) is granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 7, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE